USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/22/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CARLOS GASPERI,

                Plaintiff,

                              **ORDER**

   -v-

                              19-CV-9309 (LTS) (JLC)

PB HUDSON LLC, *et al.*,

               Defendants.
---------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      The Court held a settlement conference today.  As discussed, on **June 3, 2020** at **10:00 a.m.** the parties shall appear by telephone for a status conference.  The parties should contact the Court using the Court's conference line, (877) 873-8017 (Access Code: 5277586).  If the parties file their settlement papers in advance of June 3, as expected, then the conference will be cancelled.

      **SO ORDERED.**

Dated: May 22, 2020
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge