UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS GASPERI,

                Plaintiff,

-against-

PB HUDSON LLC et al.,

                Defendants.

No. 19 CV 9309 -LTS-JLC

ORDER

      The parties have filed a Stipulation of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The parties are hereby ORDERED to file a joint letter with the Court within 10 days stating whether the proposed dismissal is pursuant to a settlement.  If the dismissal is pursuant to a settlement, it is hereby ORDERED that the parties file the proposed settlement agreement for Court approval of the agreement as fair and reasonable within 45 days of the date hereof.  The approval request must be supported by a declaration and any other evidence necessary to support the requested determination.  See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 205 (2d Cir. 2015).

      SO ORDERED.

Dated: New York, New York
       March 8, 2021

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      United States District Judge