# HELBRAUN | LEVEY

June 1, 2021

**VIA ECF**
Hon. Laura T. Swain
United States District Judge
U. S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

      Re:    Gasperi v. PB Hudson LLC, et al
               Case No. 19 cv. 9309 (LTS) (JLC)

Dear Judge Swain:

      This office represents all of the Defendants in the above referenced matter. I write with the consent of Maimon Kirschenbaum, Esq., counsel to the Plaintiff. The parties have agreed to remove the general release and confidentiality provisions located at Sections Five and Six of the previously filed settlement agreement.

      The revised settlement agreement is currently being signed by all parties. We will be unable to file the revised settlement agreement with the all of the necessary signatures by today, June 1, 2021, the date set by this Court in its May 25, 2021 Order. We respectfully ask that the Court allow the parties to file the revised settlement agreement with the signatures of all parties on or before June 9, 2021.

      This request will not affect any other scheduled dates and this is the first request of this type.

      Respectfully submitted,

*Lee Nolan Jacobs* /s/

Lee N. Jacobs

    The requested extension is granted. DE# 30 resolved.
    SO ORDERED.
    6/2/2021
    /s/ Laura Taylor Swain, Chief USDJ