UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

CARLOS GASPERI,

                        Plaintiff,

      -against-

PB HUDSON LLC et al.,

                        Defendants.

-------------------------------------------------------x

No. 19 CV 9309-LTS-JLC

ORDER

On June 8, 2021, the Court issued an order finding the parties' proposed settlement agreement to be fair and reasonable and to satisfy the requirements of Cheeks v. Freeport Pancake House, Inc., 796 F. 3d 199 (2d Cir. 2015). (Docket entry no. 33.) Pursuant to such order, the Court directed the parties to file their executed stipulation of dismissal within 14 days. (Id.) The docket sheet, maintained by the Clerk of Court for this action, does not reflect that the executed stipulation of dismissal has been filed and the time for doing so has elapsed. Therefore, on or before June 30, 2021, the parties shall file their executed stipulation of dismissal, or otherwise advise the Court in writing of the status of this action.

      SO ORDERED.

Dated: New York, New York
       June 28, 2021

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge